Robert J. Tuerck, State Bar No. 255741
JACKSON & TUERCK
429 Main Street, Suite C
P.O. Box 148
Quincy, CA 95971
Tel: (530) 283-0406
Fax: (530) 283-0416
E-mail: bob@jacksontuerck.com

Andrew L. Packard, State Bar Number 168690
LAW OFFICES OF ANDREW L. PACKARD
100 Petaluma Boulevard, Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: andrew@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION
ALLIANCE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>-v-<br><br>BETTENDORF TRUCKING ENTERPRISES, a California corporation, and RON BORGES, an individual<br><br>Defendants. | 2:12-CV-02767-GEB-DAD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO FILE RESPONSIVE PLEADING BY APRIL 12, 2013 AND CONTINUE STATUS CONFERENCE** |

The parties to the above-entitled action hereby stipulate that good cause exists to continue the Status conference currently scheduled for March 4, 2013, and establish a due date for Defendants to file a responsive pleading. The parties are actively engaged in settlement discussions, and have scheduled an informal settlement-protected site inspection. The parties are continuing to make progress on their settlement discussions and request this additional time with the intention of resolving the remaining differences. Pursuant to Local Rule 143(b), the parties present the following stipulation for consideration by the court.

1   The Complaint in this action was filed on November 9, 2012. Defendants have been aware of the Complaint since November 9, 2012. The parties acknowledge that Defendants have had actual notice of the lawsuit since November 9, 2012, and that service is a mere formality at this time. The parties stipulate that the undersigned counsel for Defendants will accept service for all defendants. Plaintiff's counsel sent notice of the lawsuit, copy of the complaint, and request to waive service of summons pursuant to FRCP 4(d) to Defendants' counsel on February 11, 2013. Pursuant to FRCP 4(d) and 12(a)(1)(A)(ii), Defendants have sixty (60) days from February 11, 2013 to file a responsive pleading to the Complaint. The parties therefore stipulate that Defendants' responsive pleading shall be filed on or before April 12, 2013.

Counsel for Plaintiff and Defendants are presently discussing settlement terms and have made progress towards resolving this case without further judicial involvement. By order of the Court, a Status Conference is set for March 4, 2013 at 9:00 AM. With permission of the Court, the parties stipulate to extending the date of the Status (Pretrial Scheduling) Conference and the Status Report due fourteen (14) days prior to such Status Conference. The parties would prefer to focus their resources on resolving this case. As such, the parties respectfully request that the March 4, 2013 Status (Pretrial Scheduling) Conference be continued until a date no sooner that twenty-one (21) days from the date that Defendants file their responsive pleading, with a Joint Status Report to be filed by the parties at least fourteen (14) days prior to the Status Conference

//
//
//
//
//
//
//
//
//
///

The parties respectfully request that the Court grant this stipulation and sign the order below reflecting these new dates.

SO STIPULATED.

Respectfully Submitted,

DATED: February 13, 2013         JACKSON & TUERCK
                                  /s/ Robert J. Tuerck
                                  Robert J. Tuerck, Attorney for Plaintiff
                                  CALIFORNIA SPORTFISHING PROTECTION
                                  ALLIANCE

DATED: February 13, 2013         PAUL HAGEN

                                  /s/ Paul Hagen
                                  By: Paul Hagen
                                  Attorney for Defendants
                                  BETTENDORF TRUCKING ENTERPRISES and
                                  RON BORGES

### [PROPOSED] ORDER

Based upon the foregoing Stipulation and good cause appearing therefore:

1. Service of Summons shall be deemed waived by all Defendants;

2. Defendants shall file a responsive pleading on or before April 12, 2012;

3. The Status (Pretrial Scheduling) Conference currently set for March 4, 2013 at 9:00 a.m. shall be continued to May 13, 2013, at 9:00 a.m.; and

4. The parties shall file a Joint Status Report with the court at least fourteen (14) days prior to the Status Conference.

IT IS SO ORDERED.         UNITED STATES DISTRCIT COURT FOR THE
                          EAST                          ORNIA

Dated: 2/21/13
                          United